**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Esgar VASQUEZ–LOPEZ, a.k.a. Esgar Vasquez, a.k.a. Esger Vasquez, Defendant–Appellant.**

**No. 13–10646.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Dec. 1, 2014.

Ryan P. DeJoe, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

\*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

 

Rosemarie Valdez, Esquire, Law Office of Rosemarie Valdez, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Esgar Vasquez–Lopez appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vasquez–Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vasquez–Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).